# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:05CR248-2

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **ROBERT JEFFREY CODY** ) | |

**THIS MATTER** is before the Court on the Defendant's objections to the Magistrate Judge's Memorandum and Recommendation that his motion to suppress be denied.

If Defendant's case is called for trial during the March 2006 term, the Court will rule on the Defendant's objections prior to trial.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's objections to the Memorandum and Recommendation that his motion to suppress be denied is hereby **DEFERRED** until trial.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge